

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00138-CV

## IN RE MARCIE LYNN DUTSCHMANN SCHRECK

**From the County Court at Law No. 1**
**McLennan County, Texas**
**Trial Court No. 2022-0008-GDN**

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus filed on May 3, 2022, is denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith
Petition denied
Opinion delivered and filed May 11, 2022
[OT06]

